

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/21/2010

IN RE:

RAMIRO FLORES JR.
ROSALINDA BRAVO FLORES
        DEBTORS

CASE NO. 08-36801-H4-7
CHAPTER 7 BANKRUPTCY

RAMIRO FLORES JR.
ROSALINDA BRAVO FLORES
        PLAINTIFFS

V.

ADV. NO. 09-03458

KELSEY-SEYBOLD MEDICAL GROUP, PLLC
        DEFENDANT

## ORDER GRANTING THE UNOPPOSED MOTION
## TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE

The Bankruptcy Court, having reviewed the Unopposed Motion To Dismiss Adversary Proceeding filed by the Plaintiffs, is of the opinion that it should be granted. Accordingly,

**IT IS ORDERED** that the above-stated adversary proceeding is dismissed with prejudice, and that the Court's clerk shall close the file or proceeding.

**SO ORDERED.**

SIGNED this 21st day of May, 2010

Jeff Bohm
United States Bankruptcy Judge

Entry Requested:

*/s/ Charles (Chuck) Newton*

--------------------------------
**CHARLES (CHUCK) NEWTON**
Texas Bar No. 14976250
Charles Newton & Associates
190 N. Millport Circle
The Woodlands TX 77382

Attorney for the Plaintiffs,
Mr. and Mrs. Flores